Susan Rockwood Gashel
Admitted Pro Hac Vice
Hawaii Bar # 6413
PO Box 9629
Avon, CO  81620
Phone:  (720) 432-2095
Fax: (720) 437-8265
E-mail: sgashel@comcast.net

Timothy Elder, Esq. – State Bar #277152
TRE Legal Practice, LLC
4226 Castanos Street
Fremont, CA 94536
Phone: (410) 415-3493
Fax: (888) 718-0617
E-mail: telder@trelegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY W. CROCKER and THOMAS EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF REHABILITATION,<br><br>Defendant. | No.  2:14-CV-01944 MCE DAD<br><br>**JOINT STIPULATION TO RESCHEDULE NOTICED HEARING DATE FOR DEFENDANT'S MOTION DISMISS PLAINTIFFS' COMPLAINT** |

Plaintiffs Gary Crocker and Thomas Evans (Plaintiffs) and Defendant State of California Department of Rehabilitation (Defendant) hereby stipulate as follows:

WHEREAS, on October 24, 2014, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 18);

WHEREAS, Defendant's Motion was noticed for a December 4, 2014 hearing date; and

WHEREAS, counsel for Plaintiffs notified counsel for Defendant on November 12, 2014 that counsel was not available for a December 4, 2014 hearing because counsel has a hearing scheduled in Harrisburg, Pennsylvania beginning on December 3, 2014; and

WHEREAS, counsel for Plaintiff notified counsel for Defendant that it would be available to participate in a hearing on January 8, 2014, if the Court elects to hold a hearing on Defendant's motion; and

WHEREAS, based on the original hearing date of December 4, 2014, Plaintiffs' opposition was due on November 20, 2014, and Defendant's Reply was due on November 27, 2014; and

WHEREAS, Counsel for Defendant agreed to rescheduling the hearing date on Defendant's Motion to Dismiss Plaintiffs' Complaint to January 8, 2014 so long as Plaintiffs' opposition remained due on November 20, 2014, and Defendant's Reply remained due on November 27, 2014; and

WHEREAS, no Court-ordered deadlines will be altered by this extension.

IT IS HEREBY STIPULATED by and between the parties pursuant to L.R. Civ. 143 that the hearing date for Defendant's Motion to Dismiss Plaintiffs' Complaint will be continued until January 8, 2015, to the extent the Court wishes to hold a hearing on Defendant's Motion to dismiss, with Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint remaining due on November 20, 2014, and Defendant's Reply remaining due on November 27, 2014.

Respectfully submitted:

November 12, 2014

By /s/ Susan Rockwood Gashel
Admitted Pro Hac Vice
Hawaii Bar # 6413
PO Box 9629
Avon, CO  81620
Phone:  (720) 432-2095
Fax: (720) 437-8265
E-mail: sgashel@comcast.net

|   |   |
|---|---|
|   | Timothy Elder, Esq. – State Bar #277152 |
|   | TRE Legal Practice, LLC |
|   | 4226 Castanos Street |
|   | Fremont, CA 94536 |
|   | Phone: (410) 415-3493 |
|   | Fax: (888) 718-0617 |
|   | E-mail: telder@trelegal.com |
|   |   |
|   | Attorneys for Plaintiffs |
| November 12, 2014 | By /s/ Karli Eisenberg |
|   | Deputy Attorney General |
|   | State Bar No. 281923 |
|   | 1300 I Street, Suite 125 |
|   | Sacramento, CA  944255 |
|   | Phone:  (916) 324-5360 |
|   | Fax:  (916) 324-5567 |
|   |   |
|   | Attorney for Defendant State of California, Department of Rehabilitation |

It is so ORDERED.

Dated:  November 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT